IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD MCMANUS,

Plaintiff,

v.

STURM FOODS, INC. and
TREEHOUSE FOODS, INC.,

Defendants.                                              No. 11-CV-889-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendants' joint unopposed motion to consolidation (Doc. 25). Defendants move to consolidate *Suchanek v. Sturm Foods, Inc.*, case number 11-cv-565, and this case because consolidation of these two cases will prevent unnecessary duplication of effort and will conserve the resources of the Court and the parties. Counsel for the parties in both cases agree that these cases should be consolidated. The Court agrees. Accordingly, the Court grants the motion and consolidates these cases. All further pleadings shall bear case number 11-cv-565.

IT IS SO ORDERED.

Signed this 28th day of October, 2011.

*[signature: David R. Herndon]*
Digitally signed by David R. Herndon
Date: 2011.10.28 11:22:14 -05'00'

**Chief Judge**
**United States District Court**